EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--------|
| | 2018 TSPR 105 |
| Comité Asesor Permanente de Reglas de Procedimiento Criminal | 200 DPR ____ |

Número del Caso: EC-2017-01

Fecha: 8 de junio de 2018

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Comité Asesor Permanente de          **Núm.** EC-2017-01
Reglas de Procedimiento
Criminal

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de junio de 2018.

Mediante Resolución de 2 de febrero de 2017, EC-2017-01, este Tribunal reconstituyó el Comité Asesor Permanente de Reglas de Procedimiento Criminal (Comité Asesor), con la encomienda de actualizar las recomendaciones contenidas en el *Informe de Reglas de Procedimiento Penal* presentado en diciembre de 2008. Para completar esta encomienda se otorgó un término no mayor de un año. *In re Comité Asesor Permanente de Reglas de Procedimiento Criminal*, EC-2017-01, Resolución de 2 de febrero de 2017, 197 DPR 287 (2017).

Por conducto de su Presidenta y de la Directora del Secretariado de la Conferencia Judicial y Notarial, el 17 de noviembre de 2017, el Comité Asesor presentó una moción para la extensión del término originalmente concedido. La necesidad de contar con un plazo adicional se atribuyó fundamentalmente a la interrupción de los trabajos provocada por los huracanes Irma y María y las complicaciones que este último fenómeno atmosférico ocasionó al calendario de trabajo del Comité Asesor y de cada miembro en su carácter individual.

También se detalló la complejidad de los temas objeto de estudio y discusión. En ese entonces, mediante resolución de 29 de diciembre de 2017 le concedimos la extensión solicitada.

El 1 de junio de 2018, el Comité Asesor compareció una vez más mediante *Moción de Extensión del Término para el Cumplimiento de Encomienda*, y solicitó un término adicional al previamente concedido.

Examinada la petición presentada y, en atención a la complejidad de los trabajos en proceso, extendemos el término según lo solicitado hasta el 30 de noviembre de 2018.

Notifíquese por correo electrónico a la Directora del Secretariado y a los y las miembros del Comité Asesor.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo